B 3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re __Bonniejean A. Hinde__,  
   Debtor

Case No. __13-42990__

Chapter __7__

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐  IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑  IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __76.50__    Check one ☐ With the filing of the petition, or  
               ☑ On or before __DEC. 2, 2013__

$ __76.50__    on or before __DEC. 31, 2013__

$ __76.50__    on or before __JAN. 30, 2014__

$ __76.50__    on or before __FEB. 28, 2014__

☐  IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: __11-19-13__

__Donald R. Cassling__  
United States Bankruptcy Judge